# **EXHIBIT A**

 **CT Corporation**

**Service of Process Transmittal**
02/08/2021
CT Log Number 539015563

**TO:** Monte H. Baier, Senior Vice President & General Counsel
Panda Restaurant Group, Inc.
1120 N TOWN CENTER DR STE 150
LAS VEGAS, NV 89144-6303

**RE:** **Process Served in Texas**

**FOR:** Panda Express, Inc. (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ELIZABETH SORIANO, PLTF. vs. PANDA EXPRESS, INC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202106810 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2021 at 03:33 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2021, Expected Purge Date: 02/13/2021<br><br>Image SOP<br><br>Email Notification, Monte H. Baier  Monte.Baier@PandaRG.com<br><br>Email Notification, Melinda Yee-Dong  Melinda.Yee-Dong@pandarg.com<br><br>Email Notification, James Hedges  james.hedges@pandarg.com<br><br>Email Notification, Julia Duong  julia.duong@pandarg.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 **CT Corporation**

**Service of Process Transmittal**
02/08/2021
CT Log Number 539015563

**TO:** Monte H. Baier, Senior Vice President & General Counsel
Panda Restaurant Group, Inc.
1120 N TOWN CENTER DR STE 150
LAS VEGAS, NV 89144-6303

**RE:** **Process Served in Texas**

**FOR:** Panda Express, Inc. (Domestic State: CA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Feb 8, 2021

**Server Name:** Guy Connelly

| Entity Served | PANDA EXPRESS, INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2021 06810 |
| Jurisdiction | TX |



COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202106810

RECEIPT NO: 887523   TRACKING NO: 73838132 EML

| Plaintiff: | In The 215th |
|---|---|
| SORIANO, ELIZABETH | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| PANDA EXPRESS INC | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:   PANDA EXPRESS INC (A CORPORATION) BY SERVING ITS DESIGNATED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN STREET STE 900, DALLAS TX 75201**
**OR WHEREVER THEY MAY BE FOUND**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on February 3, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on February 4, 2021, under my hand and seal of said court.

Issued at the request of:

Afrakhteh Milliff, Tara Marie
1616 S. VOSS, SUITE 450
HOUSTON, TX 77057
713-871-1001
Bar Number: 24073825

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: ADILIANI SOLIS

Tracking Number: 73838132 EML

## CAUSE NUMBER: 202106810

| | |
|---|---|
| **PLAINTIFF: SORIANO, ELIZABETH** | In the 215th |
| vs. | **Judicial District Court of** |
| **DEFENDANT: PANDA EXPRESS INC** | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20.

Fees $_____

_____ 2/8/21 _____    By _____
           Affiant                                       Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

2/9/2021 5:26 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50512782
By: Lakeisha Williams
Filed: 2/9/2021 5:26 PM

CAUSE NUMBER: 2021-06810

ELIZABETH SORIANO
PLAINTIFF

VS.

PANDA EXPRESS, INC
DEFENDANT

IN THE 215TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS

### RETURN OF SERVICE

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Friday February 05, 2021 AT 08:50 AM - CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE**, came to hand for service upon **PANDA EXPRESS, INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**.

On **Monday February 08, 2021** at **02:40 PM** - The above named documents were hand delivered to: **PANDA EXPRESS, INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM @ 1999 BRYAN STREET STE 900 , DALLAS, TX 75201**, **in Person.** By delivering to Lindsey Barrientez, Intake Specialist

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                                                    DECLARATION

"My name is **GUY CONNELLY,** my date of birth is 11/04/1951 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Tuesday February 09, 2021**


 /s/GUY CONNELLY                           PSC#2201 EXP. 09/30/22
Declarant                                                   Appointed in accordance with State Statutes

2021.02.533208

Unofficial Copy Office of Marilyn Burgess District Clerk